IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ] | | |
| | ] | | |
| v. | ] | No. | 3:04-CR-163 |
| | ] | | JUDGE TRAUGER |
| ALVIN S. STOKES | ] | | |

## AGREED ORDER

Before the Court is the Summons for Revocation of Supervised Release of defendant Alvin S. Stokes filed on April 26, 2013 (Docket No. 94) and as supplemented on August 6, 2013 (Docket No. 105). Mr. Stokes' five-year term of supervised release (Docket No. 80) began December 19, 2011. The revocation hearing on this matter was originally set for hearing on May 30, 2013 (Docket No. 102) but reset for October 7, 2013 to allow Mr. Stokes to participate in a short-term in-patient substance abuse program at Meharry Medical College's Lloyd C. Elam Mental Health Center in Nashville, Tennessee from May 20, 2013 to June 7, 2013. (See, Docket No. 104, Order). In late July 2013, Mr. Stokes reported to U.S. Probation Office that he had been having problems with depression and was in need of mental health counseling and medication monitoring. An appointment for a psychiatric evaluation and medication monitoring with Centerstone, Madison, Tennessee, was scheduled for August 8, 2013. As a result, Mr. Stokes began participating in outpatient counseling and medication monitoring at Centerstone to address his mental health issues, notably depression.

On October 7, 2013, Mr. Stokes pled guilty to all six of the violations and the Court found that the violations had been established. The Court continued this matter for further hearing on April 11, 2014 to provide Mr. Stokes with the "opportunity to comply with all

1

treatment recommendations and to fully comply with all conditions of his supervised release." (Docket No. 107, Order).

As reported by U.S. Probation Officer Lisa Capps, Mr. Stokes has had no positive drug screens since August 2013 and has missed no drug screens since this matter was last on the docket in October 2013. Additionally, Mr. Stokes continues to participate in outpatient mental health counseling and medication monitoring for his depression at Centerstone in Madison, Tennessee. Overall, Mr. Stokes has established a satisfactory record of attending his scheduled appointments at Centerstone. There have been occasions when, because of his depression, he has not attended his appointments as scheduled; however, Mr. Stokes communicates via telephone with Centerstone when this occurs. U.S. Probation Officer Capps advises further that Mr. Stokes is complying with all other conditions of supervised release.

In light of the above, the Court finds that Mr. Stokes' compliance with the conditions of supervised release is now satisfactory, and, with the knowledge and concurrence of the government, Mr. Stokes and his defense counsel, and the U.S. Probation Office, the Court orders that:

(1)  The hearing schedule for April 11, 2014 is cancelled;

(2)  The Summons for Revocation of Supervised Release is dismissed; and

(3)  All existing terms of supervised release shall remain in effect.

It is so **ORDERED**.

Entered this __9th__ day of April, 2014.

_____
ALETA A. TRAUGER
United States District Judge

Approved for Entry:

_s/ John G. Oliva_____
JOHN G. OLIVA, 10566
1308 Rosa L. Parks Boulevard
Nashville TN 37208
(615) 254-0202
COUNSEL FOR ALVIN S. STEIN


s/Sunny A.M. Koshy  (By John G. Oliva with Permission)
Sunny A. M. Koshy
Assistant U.S. Attorney
Suite A-961
110 9th Avenue South
Nashville TN 37203-3870
(615) 736-5151