**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:04-00163 |
| | ) | Judge Trauger |
| | ) | |
| ALVIN S. STOKES | ) | |

## O R D E R

It is hereby **ORDERED** that a hearing on the Petition to Revoke Supervision (Docket

No. 110) shall be held on Friday, May 16, 2014, at 2:00 p.m.

It is so **ORDERED.**

Enter this 9th day of May 2014.

_____
ALETA A. TRAUGER
United States District Judge