IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 6/3/14 at 3:00 p.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 3:04-CR-163 |
| | ] | JUDGE TRAUGER |
| ALVIN STOKES | ] | |

## MOTION TO CONTINUE HEARING ON
## SUPERVISED RELEASE VIOLATION SUMMONS

Comes defendant Alvin Stokes, through counsel, and moves the Court to continue the hearing on the Supervised Release violation summons. The hearing is currently set for May 16, 2014 (DE 116). This is the first time this hearing has been set. In support of this motion, Mr. Stokes submits the following:

1. On the late afternoon of May 14, 2014, Mr. Stokes telephoned undersigned counsel to advise that he was having chest pains and a difficult time breathing. Because of his history of heart problems and high blood pressure, he felt it prudent to go the Meharry General Hospital to determine if his condition required treatment. Undersigned counsel agreed.

2. Mr. Stokes was admitted through the emergency room and as of the drafting of this motion, remains admitted to Meharry General Hospital in Nashville, Tennessee.[1]

3. Counsel has advised U.S. Probation Officer Capps and Assistant U.S. Attorney Koshy of Mr. Stokes' admission.

4. At this time, undersigned counsel does not have sufficient information to project when Mr. Stokes will likely be discharged from the hospital.

---

[1] Undersigned counsel has Mr. Stokes' room number and the name of the treating physician and will provide it to the court if the court requires that information for purposes of this motion.

1