IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:04-00163 |
| | ) | JUDGE TRAUGER |
| ALVIN STOKES | ) | |

==Motion GRANTED. Hearing reset for 8/28/14 at 2:30 p.m.==

## MOTION TO CONTINUE HEARING

The Court has scheduled a hearing on the Petition and Superseding Petition to Revoke Supervised Release for August 26, 2014 (DE 123). Undersigned counsel for the United States has been informed that the probation officer who has been supervising the defendant is scheduled to be out of town for training from August 25, 2014 to August 27, 2014. The probation officer is a necessary witness for the hearing.

Additionally, counsel for the government is scheduled to be out of the state on August 26, 2014.

The United States therefore moves the Court to continue the hearing to August 28, 2014 or such other date that is convenient with the Court.

Undersigned counsel for the government has spoken with counsel for the defendant, and he has no objection to the motion to continue.

Respectfully submitted,

DAVID A. RIVERA
United States Attorney

By: s/Harold B. McDonough
HAROLD B. MCDONOUGH
Assistant U. S. Attorney
110 9th Avenue South
Suite A-961
Nashville, Tennessee 37203